APPEAL,CLOSED,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:22–cv–00330–JMC</u>
### *Internal Use Only*

SELTZER v. FINANCIAL INDUSTRY REGULATORY AUTHORITY
Assigned to: Judge Jia M. Cobb
Demand: $10,000,000
 Cases:  1:02–cv–00082–JMC
           1:21–cv–02093–JMC
           1:22–cv–00329–JMC
 Case in other court:  USCA, 23–07126
Cause: 28:1331 Fed. Question

Date Filed: 02/02/2022
Date Terminated: 09/05/2023
Jury Demand: None
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Federal Question

**Plaintiff**

**SUSAN SELTZER**

represented by **SUSAN SELTZER**
Email: <u>seltzers1971@gmail.com</u>
PRO SE

V.

**Defendant**

**FINANCIAL INDUSTRY REGULATORY AUTHORITY**

represented by **Angela Pegram Saffoe**
FINRA
1735 K Street, NW
Washington, DC 20006
202–728–8334
Fax: 202–689–3589
Email: <u>angela.saffoe@finra.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hall Warin**
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1500 K Street, NW
Suite 330
Washington, DC 20005
(202) 626–9089
Fax: (202) 628–3606
Email: <u>kathleen.warin@wilsonelser.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Duffy**
WILSON ELSER MOSKOWITZ

1

EDELMAN & DICKER, LLP
1500 K Street, NW
Suite 330
Washington, DC 20005
202−626−7663
Email: ryan.duffy@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2022 | 1 | COMPLAINT against FINANCIAL INDUSTRY REGULATORY AUTHORITY ( Filing fee $ 402, receipt number 201532) filed by SUSAN SELTZER. (Attachments: # 1 Civil Cover Sheet)(zjf) (Main Document 1 replaced on 2/15/2022) (zjf). (Entered: 02/14/2022) |
| 02/02/2022 | 2 | NOTICE OF RELATED CASE by SUSAN SELTZER. Case related to: Case No. 02cv082 & 21cv2093. (zjf) (Entered: 02/14/2022) |
| 02/02/2022 | 3 | MOTION for Leave to File Address and Telephone Number Under Seal by SUSAN SELTZER. (zjf) (Entered: 02/14/2022) |
| 02/02/2022 | 4 | MOTION for CM/ECF Password by SUSAN SELTZER. (zjf) (Entered: 02/14/2022) |
| 02/08/2022 |  | Summons (1) Issued as to FINANCIAL INDUSTRY REGULATORY AUTHORITY. (zjf) (Entered: 02/14/2022) |
| 02/16/2022 |  | MINUTE ORDER granting 3 Motion for Leave to File: The Court has reviewed Plaintiff's Motion. The Court ORDERS that the Motion is GRANTED. Plaintiff may file her address and telephone number under seal. Signed by Judge Jia M. Cobb on February 16, 2022. (lcjmc2) (Entered: 02/16/2022) |
| 02/16/2022 | 5 | ORDER granting 4 Motion for CM/ECF Password. See Order for details. Signed by Judge Jia M. Cobb on February 16, 2022. (lcjmc2) (Entered: 02/16/2022) |
| 02/18/2022 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FINANCIAL INDUSTRY REGULATORY AUTHORITY served on 2/16/2022, answer due 3/9/2022 (SELTZER, SUSAN) (Entered: 02/18/2022) |
| 02/18/2022 | 7 | Supplement re 6 RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. (Attachments: # 1 Certificate of Service See Doc 6 Cert of Service to FINRA CEO)(SELTZER, SUSAN) Modified on 2/21/2022 (zjf). (Entered: 02/18/2022) |
| 03/09/2022 | 8 | NOTICE of Appearance by Kathleen Hall Warin on behalf of FINANCIAL INDUSTRY REGULATORY AUTHORITY (Warin, Kathleen) (Entered: 03/09/2022) |
| 03/09/2022 | 9 | NOTICE of Appearance by Ryan Michael Duffy on behalf of FINANCIAL INDUSTRY REGULATORY AUTHORITY (Duffy, Ryan) (Entered: 03/09/2022) |
| 03/09/2022 | 10 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FINANCIAL INDUSTRY REGULATORY AUTHORITY (Duffy, Ryan) (Entered: 03/09/2022) |
| 03/09/2022 | 11 | MOTION to Dismiss *Plaintiff's Complaint* by FINANCIAL INDUSTRY REGULATORY AUTHORITY. (Attachments: # 1 Memorandum in Support, # 2 Text |

| | | |
|---|---|---|
| | | of Proposed Order, # 3 Exhibit, # 4 Exhibit)(Duffy, Ryan) (Entered: 03/09/2022) |
| 03/09/2022 | 12 | NOTICE of Appearance by Angela Pegram Saffoe on behalf of FINANCIAL INDUSTRY REGULATORY AUTHORITY (Saffoe, Angela) (Entered: 03/09/2022) |
| 03/09/2022 | 13 | FOX ORDER DIRECTING Plaintiff to respond to Defendant's 11 Motion to Dismiss by March 30, 2022. Failure to respond by that date may result in the Court deeming the matter conceded. See document for details. Signed by Judge Jia M. Cobb on March 9, 2022. (lcjmc2) (Entered: 03/09/2022) |
| 03/21/2022 | 14 | Memorandum in opposition to re 11 MOTION to Dismiss *Plaintiff's Complaint Memorandum of Points and Authorities in Opp to Motion to Dismiss Complaint* filed by SUSAN SELTZER. (Attachments: # 1 Exhibit Knowledge Graph 1 (KG), # 2 Exhibit Knowledge Graph 2 (KG), # 3 Exhibit Knowledge Graph 3(KG), # 4 Affidavit Seltzer Affidavit, # 5 Exhibit Email with FINRA Counsel, # 6 Exhibit Defamation per se, # 7 Exhibit Evolving Knowledge Graph Technology, # 8 Exhibit FINRA KG Link to State of MN Corporate Filings, # 9 Exhibit Email with the PIABA President, # 10 Exhibit No FINRA Award KG on Gormly, # 11 Exhibit No FINRA Award KG on Weiss, # 12 Exhibit Intentional Use of FINRA Entitlement system for Defamation, # 13 Text of Proposed Order Proposed Order to Deny Motion)(SELTZER, SUSAN) (Entered: 03/21/2022) |
| 03/28/2022 | 15 | REPLY to opposition re 11 MOTION to Dismiss Plaintiff's Complaint filed by FINANCIAL INDUSTRY REGULATORY AUTHORITY. (Duffy, Ryan) Modified on 3/29/2022 to correct docket event/link (zjf). (Entered: 03/28/2022) |
| 03/29/2022 | 16 | MOTION for Leave to File *Unaltered Affidavit* by SUSAN SELTZER. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Unaltered Affidavit, # 3 Exhibit Official record – Threats with Stun gun)(SELTZER, SUSAN) Modified on 3/29/2022 to correct docket text (zjf). (Entered: 03/29/2022) |
| 03/29/2022 | | MINUTE ORDER granting 16 Motion for Leave to File: The Court has reviewed Plaintiff's Motion and ORDERS that the Motion is GRANTED. Signed by Judge Jia M. Cobb on March 29, 2022. (lcjmc2) (Entered: 03/29/2022) |
| 03/29/2022 | 17 | AFFIDAVIT re 14 Memorandum in Opposition,,, *Replacement non−redacted Affidavit* by SUSAN SELTZER. (Attachments: # 1 Affidavit Replacement Unredacted Affidavit)(SELTZER, SUSAN) (Entered: 03/29/2022) |
| 06/29/2022 | 18 | ENTERED IN ERROR..... MOTION to Amend/Correct *Complaint v FINRA on 2.14.22* by SUSAN SELTZER. (SELTZER, SUSAN) Modified on 7/1/2022 (znmw). (Entered: 06/29/2022) |
| 06/29/2022 | 19 | Amended MOTION for Leave to File *Amended Complaint filed in Previous ECF* by SUSAN SELTZER. (Attachments: # 1 Text of Proposed Order Leave to file Amended Complaint)(SELTZER, SUSAN) (Additional attachment(s) added on 7/1/2022: # 2 Amended Complaint) (znmw). (Entered: 06/29/2022) |
| 07/01/2022 | | NOTICE OF ERROR regarding 18 Amended MOTION to Amend/Correct *Complaint v FINRA on 2.14.22*. The following error(s) need correction: Incorrect event. Leave to file not yet requested and/or granted. Proposed Amended Complaint has been attached to Docket Entry 19 until Motion for Leave to File is granted. (znmw) (Entered: 07/01/2022) |
| 07/01/2022 | 20 | MOTION to Amend/Correct 1 Complaint by SUSAN SELTZER. (Attachments: # 1 Proposed Amended Complaint, # 2 Text of Proposed Order Proposed Order to File |

| | | Amended Complaint)(SELTZER, SUSAN) (Entered: 07/01/2022) |
|---|---|---|
| 07/13/2022 | 21 | Memorandum in opposition to re 20 MOTION to Amend/Correct 1 Complaint , 19 Amended MOTION for Leave to File *Amended Complaint filed in Previous ECF* filed by FINANCIAL INDUSTRY REGULATORY AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Duffy, Ryan) (Entered: 07/13/2022) |
| 07/19/2022 | 22 | REPLY to opposition to motion re 21 Memorandum in Opposition, filed by SUSAN SELTZER. (Attachments: # 1 Exhibit Email to Mr. Cook, CEO FINRA, # 2 Exhibit Second Request to Mr. Cook, # 3 Exhibit Why Plaintiff is Pro Se, # 4 Exhibit Confirmation from DOJ on ADA Complaint, # 5 Exhibit Request for Assistance Due to Physical Threats in Arbitration by Security Guard, # 6 Exhibit Timeline of AntiCompetitive Behavior)(SELTZER, SUSAN) (Entered: 07/19/2022) |
| 01/09/2023 | 23 | NOTICE OF RELATED CASE by SUSAN SELTZER. Case related to Case No. 22cv329. (znmw) (Main Document 23 flattened and replaced on 1/12/2023.) (ztnr) (Entered: 01/11/2023) |
| 01/09/2023 | 24 | SEALED DOCUMENT filed by SUSAN SELTZER. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 01/11/2023) |
| 03/09/2023 | 25 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SUSAN SELTZER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(zed) (Entered: 03/13/2023) |
| 03/28/2023 | 26 | REPLY to opposition to motion re 25 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SUSAN SELTZER. (This document is SEALED and only available to authorized persons.) filed by SUSAN SELTZER. (Attachments: # 1 Exhibit, # 2 Exhibit)(SELTZER, SUSAN) (Entered: 03/28/2023) |
| 03/30/2023 | 27 | Memorandum in opposition to re 25 Sealed Motion for Leave to File Document Under Seal filed by FINANCIAL INDUSTRY REGULATORY AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Warin, Kathleen) (Entered: 03/30/2023) |
| 04/04/2023 | 28 | REPLY to opposition to motion re 27 Memorandum in Opposition *and Proposed Order for Sanctions* filed by SUSAN SELTZER. (SELTZER, SUSAN) (Entered: 04/04/2023) |
| 04/18/2023 | 29 | MOTION for Leave to File *Amended Complaint (Second)* by SUSAN SELTZER. (Attachments: # 1 Memorandum in Support Memorandum of Points & Auth, # 2 Redlined Amended Complaint, # 3 Text of Proposed Order, # 4 Exhibit)(SELTZER, SUSAN) (Entered: 04/18/2023) |
| 05/02/2023 | 30 | Memorandum in opposition to re 29 Motion for Leave to File *Amended Complaint* filed by FINANCIAL INDUSTRY REGULATORY AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Duffy, Ryan) (Entered: 05/02/2023) |
| 05/08/2023 | 31 | REPLY to opposition to motion re 29 MOTION for Leave to File *Amended Complaint (Second)* filed by SUSAN SELTZER. (SELTZER, SUSAN) (Entered: 05/08/2023) |
| 09/01/2023 | | MINUTE ORDER denying 25 Plaintiff's Motion for Leave to File Document Under Seal: The Court previously allowed Plaintiff to submit her address to the Court under seal. *See* Minute Order of February 16, 2022. That order remains in effect. The Court does not find a reason to seal the entire Complaint in this action or issue orders to third parties. Accordingly, Plaintiff's Motion is hereby DENIED. Signed by Judge Jia M. |

4

| | | |
|---|---|---|
| | | Cobb on September 1, 2023. (lcjmc1) (Entered: 09/01/2023) |
| 09/05/2023 | 32 | MEMORANDUM AND OPINION re 11 Defendant's Motion to Dismiss and 19 , 20 , 21 Plaintiff's Motions to Amend Complaint: See document for details. Signed by Judge Jia M. Cobb on September 5, 2023. (lcjmc1) (Entered: 09/05/2023) |
| 09/05/2023 | 33 | ORDER granting 11 Defendant's Motion to Dismiss and denying 19 , 20 , 21 Plaintiff's Motions to Amend Complaint: See document for details. Signed by Judge Jia M. Cobb on September 5, 2023. (lcjmc1) (Entered: 09/05/2023) |
| 10/03/2023 | 34 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 32 Memorandum & Opinion, 33 Order by SUSAN SELTZER. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 10/04/2023) |
| 10/04/2023 | 35 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 34 Notice of Appeal to DC Circuit Court. (znmw) (Main Document 35 replaced on 10/5/2023) (znmw). (Entered: 10/04/2023) |
| 10/10/2023 | | USCA Case Number 23–7126 for 34 Notice of Appeal to DC Circuit Court filed by SUSAN SELTZER. (znmw) (Entered: 10/10/2023) |
| 10/11/2023 | | USCA Appeal Fees received $ 505 receipt number 205728 re 34 Notice of Appeal to DC Circuit Court filed by SUSAN SELTZER (znmw) (Entered: 10/11/2023) |
| 10/11/2023 | 36 | Supplemental Record on Appeal transmitted to US Court of Appeals re USCA Appeal Fees ;USCA Case Number 23–7126. (znmw) (Entered: 10/11/2023) |
| 04/16/2024 | 37 | MANDATE of USCA as to 34 Notice of Appeal to DC Circuit Court filed by SUSAN SELTZER ; USCA Case Number 23–7126. (Attachments: # 1 USCA Order 3/8/2024)(mg) (Entered: 04/17/2024) |
| 09/03/2024 | 38 | MOTION for Relief from Judgment by SUSAN SELTZER. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(SELTZER, SUSAN) (Entered: 09/03/2024) |
| 09/10/2024 | | MINUTE ORDER denying 38 Motion for Relief from Judgment: Having considered Plaintiff's motion for relief from judgment, the Court DENIES the motion. Even assuming that Fed. R. Civ. P. 60(b) permits this Court to grant Plaintiff relief from the judgment of the D.C. Circuit on the basis of subsequent Supreme Court decisions, the Supreme Court (and Third Circuit) decisions cited by Plaintiff do not alter the governing law on the statute of limitations issue that formed the basis of this Court's ruling and the D.C. Circuit's summary affirmance. Signed by Judge Jia M. Cobb on September 10, 2024. (lcjmc1) (Entered: 09/10/2024) |
| 09/11/2024 | 39 | MOTION for Reconsideration *Of 09/10/2024 Minute Order on ECF 38* by SUSAN SELTZER. (Attachments: # 1 Exhibit Ex A to Motion for Reconsideration)(SELTZER, SUSAN) (Entered: 09/11/2024) |
| 09/20/2024 | | MINUTE ORDER denying 39 Motion for Reconsideration: The Court DENIES Plaintiff's motion for reconsideration of the Court's September 10, 2024, minute order because the motion does not present any grounds that would warrant the Court reconsidering its order. Signed by Judge Jia M. Cobb on September 20, 2024. (lcjmc1) (Entered: 09/20/2024) |

| 09/23/2024 | 40 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 38 MOTION for Relief from Judgment , 39 MOTION for Reconsideration *Of 09/10/2024 Minute Order on ECF 38* by SUSAN SELTZER. Filing fee $ 605, receipt number ADCDC–11179944. Fee Status: Fee Paid. Parties have been notified. (SELTZER, SUSAN) (Entered: 09/23/2024) |
|---|---|---|

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff

vs.                                    Civil Action No._____

_____
Defendant


# NOTICE OF APPEAL

Notice is hereby given this                day of                          , 20_____  , that


hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the                      day of                        , 20___

in  favor of

against said


_____
_Susan Seltzer_
Attorney or Pro Se Litigant




Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 9/10/2024 at 6:00 PM and filed on 9/10/2024

**Case Name:**        SELTZER v. FINANCIAL INDUSTRY REGULATORY AUTHORITY
**Case Number:**      1:22-cv-00330-JMC
**Filer:**
**WARNING: CASE CLOSED on 09/05/2023**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER denying [38] Motion for Relief from Judgment: Having considered Plaintiff's motion for relief from judgment, the Court DENIES the motion. Even assuming that Fed. R. Civ. P. 60(b) permits this Court to grant Plaintiff relief from the judgment of the D.C. Circuit on the basis of subsequent Supreme Court decisions, the Supreme Court (and Third Circuit) decisions cited by Plaintiff do not alter the governing law on the statute of limitations issue that formed the basis of this Court's ruling and the D.C. Circuit's summary affirmance. Signed by Judge Jia M. Cobb on September 10, 2024. (lcjmc1)**

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 9/20/2024 at 6:21 PM and filed on 9/20/2024

**Case Name:** SELTZER v. FINANCIAL INDUSTRY REGULATORY AUTHORITY

**Case Number:** 1:22-cv-00330-JMC

**Filer:**

**WARNING: CASE CLOSED on 09/05/2023**

**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER denying [39] Motion for Reconsideration: The Court DENIES Plaintiff's motion for reconsideration of the Court's September 10, 2024, minute order because the motion does not present any grounds that would warrant the Court reconsidering its order. Signed by Judge Jia M. Cobb on September 20, 2024. (lcjmc1)**